Request for Jurisdiction Transfer
Name of Offender: Luther James Wyatt

April 21, 2026
8:20-CR-00064-DOC-3

| | |
|---|---|
| ✎PROB 22<br>(Rev.  01/24) | **FILED**<br>CLERK, U.S. DISTRICT COURT |

**\*\*AMENDED\*\***

04/24/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: _____kdu_____ DEPUTY

TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
8:20-CR-00064-DOC-3

DOCKET NUMBER *(Rec. Court)*
2:26-cr-00067-CDS-MDC

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Luther James Wyatt | Central of California | Southern |

| NAME OF SENTENCING JUDGE |
|---|
| David O. Carter |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>April 30, 2025 | TO<br>April 29, 2028 |
|---|---|---|

OFFENSE
18 USC 1951(a): Interference with Commerce by Robbery (Count 1)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Given Mr. Wyatt's continued residential and employment stability in District of Nevada, transfer of jurisdiction to the supervising District is being requested, so that all future Court matters may be addressed locally and expeditiously.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.\*

_____April 24, 2026_____
*Date*

*David O. Carter*
_____
*United States District Judge*

\*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF NEVADA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____April 30, 2026_____
*Effective Date*

_____
*United States District Judge*